# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2008

Charles R. Fulbruge III
Clerk

No. 06-61080
Summary Calendar

JOSE ALEJANDRO CANTU

Petitioner

V.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A90 919 119

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jose Alejandro Cantu ("Cantu") petitions this court for review of an order from the Board of Immigration Appeals ("BIA"). The BIA affirmed the Immigration Judge's decision granting the respondent's motion to pretermit Cantu's request for a waiver of removal pursuant to former 8 U.S.C. § 1182(c) and ordering Cantu removed from the United States. Cantu contends that the BIA erred by determining that he was ineligible for relief pursuant to § 1182(c). The Respondent moves for summary affirmance or, in the alternative, an

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

extension of time to file a brief. All of Cantu's arguments in support of his petition for review are foreclosed by our precedent. See Vo v. Gonzales, 482 F.3d 363 (5th Cir. 2007); Avilez-Granados v. Gonzales, 481 F.3d 869, 871-72 (5th Cir. 2007); Requena-Rodirguez v. Pasquarell, 190 F.3d 299, 308-09 (5th Cir. 1999).

IT IS ORDERED that the Respondent's motion for summary affirmance is GRANTED and Cantu's petition for review is DENIED. Respondent's alternative motion for an extension of time is DENIED as MOOT.